# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE THORNS,<br><br>        Plaintiff,<br><br> vs.<br><br>S. RYAN, et al.,<br><br>       Defendants. | CASE NO. 3:07-CV-00218-H-AJB<br><br>**ORDER SETTING BRIEFING SCHEDULE REGARDING PLAINTIFF'S *EX PARTE* MOTIONS** |

Plaintiff Bruce Thorns, a state prisoner proceeding *pro se*, initiated this case on February 1, 2007.  (Doc. No. 1.)  On December 10, 2009, Plaintiff filed *ex parte* motions for attendance of three incarcerated witnesses, and to compel attendance of twenty-two correctional officers at his trial, currently set for February 23, 2010.  (Doc. Nos. 108 & 109.)  The Court declines to decide the matter on an *ex parte* basis.  Defendants shall file their opposition to Plaintiff's motions on or before **January 11, 2010**. The Court reserves the right to decide the matter on the parties' papers pursuant to Local Civil Rule 7.1(d).

**IT IS SO ORDERED.**

DATED: December 22, 2009

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT